**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **KOSHY MATHEWS MATHAI,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:24-CV-00612-ADA-DTG** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 31. The report recommends the Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 10) be **GRANTED** and this case be **DISMISSED WITHOUT PREJUDICE FOR WANT OF SUBJECT-MATTER JURISDICTION**. *Id.* at 5. The report was filed on February 9, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on February 23, 2026. Dkt. 32. Defendant filed a response on February 25, 2026. Dkt. 34. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 31), Plaintiff's objections (Dkt. 32), Defendant's Response (Dkt. 34), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate

Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 31) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 10) is hereby **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE FOR WANT OF SUBJECT-MATTER JURISDICTION**.

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 10th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE